United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 11, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-10949
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KEON HA LEE,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:04-CR-226
--------------------

Before JONES, Chief Judge, DAVIS and OWEN, Circuit Judges.

PER CURIAM:[*]

Keon Ha Lee appeals his jury conviction for harboring illegal aliens for commercial advantage and private financial gain, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii), (a)(1)(B)(i). Lee argues that the evidence was insufficient to prove that he had harbored, concealed, or shielded from detection illegal aliens or that he had substantially facilitated their remaining in the United States illegally. Viewing the evidence in the light most favorable to the verdict, a rational juror could have found that the evidence established beyond a reasonable doubt that Lee provided illegal

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

aliens with false identities and illegal income, thereby shielding them from detection and substantially facilitating their continued unlawful presence in the United States.   See <u>United States v. Rubio-Gonzalez</u>, 674 F.2d 1067, 1072 (5th Cir. 1982); <u>United States v. Cantu</u>, 557 F.2d 1173, 1180 (5th Cir. 1977).

AFFIRMED.